IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

TEMSCO NC INC

XXX-XX7349

Debtor(s)

CASE NO. 13-06907 ESL

Chapter 11

**FILED & ENTERED ON 8/26/2015**

## ORDER AND NOTICE SETTING HEARING

On 8/24/2015 United States Attorney filed a Motion to Dismiss or Convert Under 11 USC §1112(b) (docket #297).

1. The debtor(s) shall file an opposition within fourteen (14) days from the date that the motion was filed.

2. Upon the debtor(s) failure to timely oppose, an order may be entered dismissing or converting the case without further notice or hearing.

3. If a timely opposition is filed, a hearing will be held on 9/14/2015 at 10:00 A.M. before the undersigned, at the U.S. Bankruptcy Court, José V. Toledo Post Office & Courthouse Bldg., Courtroom 2, Floor 2, 300 Recinto Sur, Old San Juan, Puerto Rico.

SO ORDERED.

In San Juan, Puerto Rico, this 26 day of August, 2015.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors